## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

NIMITZ TECHNOLOGIES LLC,

        Plaintiff,

        v.

SKILLSHARE, INC.,

        Defendant.

C.A. No. 1:21-cv-01363-CFC

**JURY TRIAL DEMANDED**

## SKILLSHARE'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendant Skillshare, Inc. ("Skillshare") respectfully moves this Court to dismiss Plaintiff Nimitz Technologies LLC's Complaint, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim upon which relief can be granted.

The grounds for this motion are further set forth in Skillshare's Opening Brief in Support of its Motion to Dismiss for Failure to State a Claim, which is being filed contemporaneously herewith.

Dated: December 3, 2021

Respectfully submitted,

**FISH & RICHARDSON P.C.**

By: */s/ Jeremy D. Anderson*

Jeremy D. Anderson (#4515)
222 Delaware Ave., 17th Floor
P.O. Box 1114
Wilmington, DE 19801
(302) 652-5070 (Telephone)
janderson@fr.com

Neil J. McNabnay
Lance Wyatt
1717 Main Street, Suite 5000
Dallas, TX 75201
(214) 747-5070 (Telephone)
mcnabnay@fr.com;
wyatt@fr.com

**ATTORNEYS FOR DEFENDANT
SKILLSHARE, INC.**