IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NIMITZ TECHNOLOGIES LLC,<br><br>Plaintiff,<br><br>v.<br><br>SKILLSHARE, INC.,<br><br>Defendant. | Case No. 1:21-cv-01363-CFC<br><br>JURY TRIAL DEMANDED |

### REPLY TO COUNTERCLAIMS

Plaintiff and Counterclaim Defendant Nimitz Technologies LLC ("Nimitz") hereby answers the counterclaims of Defendant and Counterclaim Plaintiff Counterclaim Plaintiff Skillshare, Inc. ("Skillshare" or "Defendant").  The headings are included for reference purposes only.  If any headings are construed to contain allegation(s) against the Plaintiff or Counterclaim Defendant, the allegation(s) are denied.  Each allegation not specifically admitted in this Answer is expressly denied.

### SKILLSHARE's COUNTERCLAIMS

### PARTIES

1. Admitted.

2. Admitted.

### JURISDICTION AND VENUE

3. Nimitz repeats and incorporates by reference Paragraphs 1-2 above, as though fully set forth herein.

4. Nimitz admits that Defendant has filed Counterclaims seeking a declaration of patent non-infringement and invalidity arising under the Declaratory Judgment Act, 28 U.S.C. §

2201, *et seq.*, and the patent laws of the United States, 35 U.S.C. § 1, *et seq*. Otherwise the paragraph is Denied.

5.   Admitted that personal jurisdiction is present, and otherwise Denied.

6.   Admitted that venue is proper, and otherwise Denied.

### COUNT I: DECLARATION REGARDING INFRINGEMENT

7.   Nimitz repeats and incorporates by reference Paragraphs 1-6 above, as though fully set forth herein.

8.   Admitted that an actual controversy exists, and otherwise Denied.

9.   Denied.

10.   No response is required.  In the event a response is required, Denied.

### COUNT II: DECLARATION REGARDING VALIDITY

11.   Nimitz repeats and incorporates by reference Paragraphs 1-10 above, as though fully set forth herein.

12.   Admitted that an actual controversy exists, and otherwise Denied.

13.   Denied.

14.   Admitted that an actual controversy exists, and otherwise Denied.

### GENERAL DENIAL

Nimitz denies each and every averment and allegation in Defendant's Counterclaims that Nimitz has not expressly admitted.

### PRAYER FOR RELIEF

Plaintiff Nimitz Technologies LLC respectfully requests that the Court find in its favor and against Defendant Skillshare, Inc., and that the Court grant Plaintiff the following relief:

A.   an adjudication that Defendant had infringed Patent 7,848,328;

B.   denial of any relief pursuant to any and all counterclaims;

C. an award of damages to be paid by Defendant adequate to compensate Plaintiff for Defendant's past infringement of the Patent, including pre-judgment and post-judgment interest, costs, expenses, and an accounting of all infringing acts; and

D. any and all such further relief at law or in equity that the Court may deem just and proper, including but not limited to attorneys' fees.

*/s/ George Pazuniak*
George Pazuniak (DE Bar No. 478)
O'Kelly & O'Rourke, LLC
824 North Market Street, Suite 1001A
Wilmington, DE 19801
Direct: 207-359-8576
gp@del-iplaw.com

*Attorneys for Plaintiff*